The Skeptical OB Dr. Amy

You are here: Home > Pounding the table

December 14, 2012 | 376

# Pounding the table

Lawyers say:

> If you have the facts, pound the facts. If you have the law, pound the law. If you have neither the facts nor the law, pound the table.

I guess the obstetrical equivalent would be:

> If you have the experience, pound the experience. If you have the scientific evidence, pound the evidence. If you have neither the experience nor the scientific evidence, pound the table.

Here's an outstanding example of table pounding:

This One's For You, "Dr." Amy

I guess she was hoping that no one would notice that she was afraid to answer the questions.

---

Share this:   Facebook 1   Twitter   Print



Author: Amy Tuteur, MD
View all posts by Amy Tuteur, MD →

## Subscribe

Subscribe to our e-mail newsletter to receive updates.



## Related Posts:

- What if we treated erectile dysfunction like we treat breastfeeding difficulties?
- What do The Feminist Breeder and Rush Limbaugh have in common? A fear of free speech.
- New CDC statistics, same old increased homebirth death rate
- A field guide to natural childbirth quacktivists
- Pregnancy isn't a disease ... but neither is a gunshot wound and both kill

← Thinking about homebirth? You must watch this video.
A cardiologist's experience with a "baby friendly" hospital →

---

| ALSO ON THE SKEPTICAL OB | RECOMMENDED CONTENT | What's this? |
|---|---|---|
| What if we treated erectile dysfunction like we treat breastfeeding difficulties? <br> 142 comments | MBA Job Hunt: Interviewing Like a Pro <br> Businessweek | |
| Pregnancy isn't a disease ... but neither is a gunshot wound and both kill <br> 425 comments | 5 Foolproof Flowers Guaranteed to Bloom in the Snow   Gardenista | |
| What do The Feminist Breeder and Rush | VIDEO: Join National Geographic on the Search for Kennedy's PT 109   SnagFilms | |

www.skepticalob.com/2012/12/pounding-the-table.html