# Kim Bilbrey

50 S. Greeley #412
Palatine, IL   60067
KimBilbrey@gmail.com

---

December 16, 2012

    Re: THE FEMINIST BREEDER Copyright Infringement on SKEPTICALOB.COM

Dear Ms. Tuteur:

I am an attorney for Gina Crosley-Corcoran, DBA "TheFeministBreeder.com."

I am writing because Gina Crosley-Corcoran has recently learned that you have illegally infringed upon Ms. Crosley-Corcoran's copyrighted image, originally appearing at:

http://thefeministbreeder.com/this-ones-for-you-dr-amy/photo-10/

This work is unlawfully redistributed on SKEPTICALOB.COM, specifically at:

http://www.skepticalob.com/wp-content/uploads/2012/12/Gina.jpg

This is a very serious matter. In addition to pursuing any and all additional rights under the law, my client demands that you (i) immediately take any and all steps to remove this content from your website and prevent the further publication of any content owned and copyrighted by Gina Crosley-Corcoran and (ii) confirm that you have done so within 2 business days.

Additionally, in accordance with 17 USC § 504, Ms. Crosley-Corcoran demands payment from Ms. Tuteur of $750 minimum for this single incident.

Failure to submit payment and comply with this notice will result in further legal action by my client, and, in accordance with 17 USC § 504, may result in attorney fees and court costs up to $30,000.

Your prompt response is required.

Sincerely,


Kim Bilbrey