We are not in the position to determine or validate who owns the intellectual property rights related to the content in question (trademark, copyright, counterfeit).  However, per our policy, counter claimants are required to substantially provide the following information when countering an infringement claim:


1. Your URL or Web Address:
   __www.skepticalob.com_____

   _____
   (Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled)

2. Please fill in the following statement:
   I _____Amy B. Tuteur, MD_____, have a good faith belief that the disputed use is authorized by the owner, its agent, or the law.

3. Please fill in the following statement:
   I _____Amy B. Tuteur, MD_____, swear under penalty of perjury that the above information in this notification is accurate and that I am the owner or that I am authorized to act on the owner's behalf and that I have a good faith belief that the material was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.

4. Please fill in the following statement:
   I _____Amy B. Tuteur, MD_____, agree to consent to the jurisdiction of Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, for any judicial district in which Bluehost shared hosting services may be found and that I will accept service of process from the person who provided the initial notification of alleged infringement.

5. The site owners:
   Name: __Amy Tuteur_____
   Addresses: _____14 Horizons Rd. Sharon, MA 02067_____
   Telephone Number: _____781-784-3801_____
   Email Address _____DrAmy5@aol.com_____

6. The electronic/typed or physical signature of the owner or the person authorized to act on the owner's behalf.

*Indemnification of Host or Registrar*

*I ____Amy B. Tuteur, MD_____, agree to defend, indemnify and hold the host or registrar, its affiliates and its sponsors, partners, other co-branders and the respective directors, officers and employees of each harmless from and against any and all claims, losses, damages, liabilities and costs (including, without limitation, reasonable attorneys' fees and court costs).*