

Where Edgy Feminism Finds Modern Motherhood.

blog
resource guide
forum
store

- About TFB
- Advertise on TFB
- Contact TFB
- Press Mentions
- Recommended Reading
- VBAC Workshops

# On Negotiating with Terrorist Amy

Jan 18th 2013

You've probably heard of the Westboro Baptist Church. They are a "religious" organization that uses their zealous love of the lord to justify inhumane and despicable acts of intolerance against people they don't agree with. They think they've been charged with a mission to punish the people of this world for blasphemy and immoral behavior. I respect the rights of anyone to protest against anything they find to be a threat to humanity. But picketing kids' funerals with signs that says "God hates fags" is simply unconscionable, and we shouldn't be tolerating that kind of abusive rhetoric in a civilized society.

If you hang around the birth activist world, you know there's a blogger with a similar MO. She goes by the name of "Dr." Amy, and just like the Westboro Baptist Church, she is a zealot with no conscience.

Most of us refer to her as "Beetlejuice" because she instantly appears out of nowhere to wreak havoc any time the word "birth" is mentioned anywhere on the internet. Blogs, facebook, comments sections on new sites: You name it, she's there angrily ranting about how stupid women are and how dangerous it is for them to make choices about their own bodies.

She especially hates women who would prefer to have a vaginal birth and/or breastfed their babies. I know, that seems nuts, and it absolutely is. A former doctor hating normal birth and breastfeeding makes exactly as much sense as a church that pickets innocent children's funerals.

You may think that particular comparison is a stretch, but "Dr. Amy" has been accused many times of leading her followers on a virtual attack against innocent women who've lost their babies. Says one woman (on my public facebook page):

 **Chloé Coulthard** She posted home addresses of women who's children died, so the human filth who follow her could harass them!!! Where their other very small children lived, she put them all at great risk - with NO consideration for the lives of those children, I can't credit her enough to imagine she cares about the mothers of course - but their children are not collateral damage for her whim of exposing the mothers.

When I began talking about my plans for my third birth, she became obsessed with attacking me every chance she got. To date, she has written TWENTY TWO posts personally attacking and insulting my intelligence, my mental health, and my family. But I'm not her only target — no, not by a long shot. She has plenty of vitriol to go around. Just this month, she went after Kristen from Birthing Beautiful Ideas, a birth worker and **Ph.D. candidate** that "Dr." Amy referred to as,

*"a gullible, woefully undereducated woman who thinks reading books for laypeople is "research;" who has probably never read a single scientific paper in its entirety."*

Apparently earning a Ph.D. isn't even enough to stop "Dr." Amy's unprovoked insults to your intelligence. If she considers Kristen "undereducated" then most of the rest of us don't stand a chance. If you're a woman, and you've mentioned that you liked your birth experience, she will come after you.

— — — — — — — — — — — –

But last month she crossed the legal line when she stole an image off my blog. Suspecting this was case of copyright infringement, I immediately involved a lawyer. We sent a Cease & Desist letter to her, which her husband (an attorney) responded to by threatening my lawyer with "sanction." Right that moment, I quickly understood why so many people tolerate her bullying and attacks. I imagine I'm not the first person who has sent a Cease & Desist only to be threatened in return.

But that didn't scare me a bit. I simply armed myself with bigger cannons. I went straight to her hosting provider.

Within a week, her host responded to the copyright violation by taking down her **ENTIRE BLOG.**



(Later, her blog was restored after my image was taken off her site.)

She could owe me statutory damages, but because I'm a fair and reasonable human being, my attorney and I felt it was best to discuss a **non-monetary** settlement with Amy and her lawyer. I'm not looking to be greedy — I simply wanted a resolution.  In exchange for me not pursuing the damages, we wanted Amy to agree to stop personally attacking me. **It was that simple.**

For any reasonable person, this settlement would have been a no-brainer. I was paying her an undeserved

kindness by offering her the chance to simply stop badgering me in exchange for the great deal of money that a judge could make her pay me for trying to profit from my copyrighted work.

We all agreed this was a reasonable offer. But if you know anything about Westboro Baptist Church or "Dr." Amy Teuter, you know that "reason" is not one of their strong suits.

We tried settling, but it didn't work. There are plenty more details, but I'll keep those between me and my attorney.

This just goes to show that her mission is NOT to help women or children. She repeatedly insists that she's merely trying to "save" women from "dangerous" vaginal births, but her actions say otherwise. If she was merely an activist, she could agree to stop personally attacking and harassing other mothers. If she really cared about her cause, she would agree that constantly posting comments badgering me about my mental health is distracting her from the actual work of helping the women she believes she's helping. If she cared about what she says she does, she would know her approach isn't helping a single soul.

But no matter. We have now proven that she only cares about bullying. This is not about saving women. This is about *her ego.*

And now Amy's about to have even bigger problems on her hands. She has recently re-uploaded my photo back to the BlueHost web servers. She is so hellbent on personally attacking me, she is willing to risk both a judge awarding me even more money AND risk her webhost terminating her website entirely.

Now you know what it's like to negotiate with someone who thinks they are above the law and above human decency. And now you know why it's been so hard for her other victims to seek justice.

But I've got an attorney and stamina on my side. If you'd like to help fund the fight, scroll down and hit that PayPal button to throw a little cash in the pot. I will put up the good fight, but it doesn't come cheap.

**((((((Legal fund has ended. THANK YOU to the 163 people who donated to help me take a stand! Great things are coming from it!))))))**

**ALSO: If you suspect that "Dr." Amy has taken your copyrighted work (images, text from your blog, etc) please fill out this form to let me know. I, or one of my representatives, may be contacting you.**

**Tags: bullies**

**You may also like -**



**Get Off My Internets: My New Favorite Place on the Web**



**This One's For You, "Dr." Amy**



**My Family Was Invited to Appear on ABC's "Wife Swap"**



**I'm Sending My Atheist Son Back to Lutheran Preschool**