**From:** Daring Host Abuse <billing@daringhost.com>
**Date:** January 21, 2013, 8:22:26 PM EST
**To:** Amy Tuteur <DrAmy5@aol.com>
**Subject:** [Ticket ID: 942170] Content Complaint: Re: **SKEPTICALOB.COM**

DARINGHOST

Hello Amy,

I have just received the following regarding an image hosted on your web site. Our procedure for dealing with such complaints is as follows:

1) We receive the DMCA / content complaint / take down request
2) We forward the DMCA / content complaint / take down request to the customer who owns the site
3) We give the customer up to 24 hours to take action to resolve the complaint
4a) If content is removed and the customer's site is allowed to stay on our servers.
4b) If content is not removed customer's site will be suspended.

Please remove the content that is being complained about below and update this ticket once you have done so to avoid service interruption.

----------------------------------------------------------------------
I am writing to you to avail myself of my rights under the Digital Millennium Copyright Act (DMCA). This letter is a Notice of Infringement as authorized in § 512(c) of the U.S. Copyright Law. I wish to report an instance of what I feel in good faith is an instance of Copyright Infringement. The infringing material appears on the Service for which you are the designated agent.

You are listed as the Designated Service Provider Agent to receive notifications of alleged Copyright infringement with respect to users of the Service for which you are the Designated Agent.

1. The material which I contend belongs to me, and appears illegally on the Service is the following:

"Photo 10"

2. The material appears at the website address:

http://www.skepticalob.com/wp-content/uploads/2012/12/the-finger.jpg

3. The material appears on my Web site at this address:

http://thefeministbreeder.com/this-ones-for-you-dr-amy/photo-10/

4. My contact information is as follows:

gina@thefeministbreeder.com, 773.329.3399

5. I have a good faith belief that the use of the material that appears on the service is not authorized by me, the copyright owner.

6. The information in this notice is accurate, and I am the copyright owner. My copyright information is as follows:

```
****************
Copyright :: All Rights Reserved
Registered :: 2012-12-28 21:59:54
Title :: Gina Responds to Beetlejuice
Category :: Portrait
Fingerprint ::
3ce687a283d1152311f034a69ffae3e72cbe98cee6b1fb99ffa2bb614cb6ca6b
MCN :: CML11-ENP4F-YG6M6
****************

I declare under the perjury laws of the United States of America that
this notification is true and correct.

-----------------------------------------------------------------------

Regards,
Nick Esposito
Daring Host Owner
Email - admin@daringhost.com
Phone - +1.203.936.7138
```