UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No.: 13-cv-10159-MBB |
| ) | |
| GINA CROSLEY-CORCORAN, ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO STRIKE

Pursuant to Fed. R. Civ. P. 12(f), Plaintiff Amy Tuteur, M.D. ("Dr. Tuteur") hereby moves to strike improper allegations from Defendant Gina Crosley-Corcoran's Memorandum Of Law In Support Of Her Motion To Dismiss (Dkt. # 13) ("Defendant's Memorandum") or, in the alternative, to have Defendant's Memorandum stricken in its entirety.  As grounds for this Motion, Dr. Tuteur relies upon her Memorandum of Law in Support of her Motion, filed contemporaneously herewith.

WHEREFORE, Plaintiff Dr. Tuteur's Motion to Strike should be granted.

Respectfully submitted,

/s/ Russell Beck
Russell Beck (BBO # 561031)
  rbeck@beckreed.com
Stephen D. Riden (BBO # 644451)
  sriden@beckreed.com
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone:  (617) 500-8660
Facsimile:  (617) 500-8665

Dated:  March 5, 2013

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for Amy Tuteur, M.D., spoke with counsel for Defendant in an effort to resolve or narrow the issues contained in the present motion.  Defendant's counsel indicated that Defendant would oppose this motion.

*/s/ Stephen D. Riden*
Stephen D. Riden

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on March 5, 2013.

*/s/ Stephen D. Riden*
Stephen D. Riden