UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

|  |  |
|---|---|
| AMY TUTEUR, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GINA CROSLEY-CORCORAN, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 13-cv-10159-MBB |

## PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(d), Plaintiff Amy Tuteur, M.D. ("Dr. Tuteur") hereby moves for limited expedited discovery and for entry of a protective order. As grounds for this Motion, Dr. Tuteur relies upon her Memorandum of Law in Support of her Motion, filed contemporaneously herewith.

WHEREFORE, Plaintiff Dr. Tuteur's Motion for Expedited Discovery and Protective Order should be granted.

Respectfully submitted,

/s/ Stephen D. Riden
Russell Beck (BBO # 561031)
  rbeck@beckreed.com
Stephen D. Riden (BBO # 644451)
  sriden@beckreed.com
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

Dated: April 1, 2013

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Counsel for Amy Tuteur, M.D., spoke with counsel for Defendant in an effort to resolve or narrow the issues contained in the present motion. Defendant's counsel indicated that Defendant would oppose this motion.

/s/ Stephen D. Riden
Stephen D. Riden

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on April 1, 2013.

/s/ Stephen D. Riden
Stephen D. Riden