UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., <br><br> Plaintiff, <br><br> v. <br><br> GINA CROSLEY-CORCORAN, <br><br> Defendant. | Civil Action No.: 13-cv-10159-MBB |

**PLAINTIFF'S CROSS-MOTION FOR**
**LIMITED JURISDICTIONAL DISCOVERY**

In response to Defendant's Motion to Dismiss (Dkt. # 12), Plaintiff Amy Tuteur, M.D. ("Dr. Tuteur") hereby cross-moves for the entry of an order permitting her to take limited jurisdictional discovery in the event the Court decides that there is insufficient evidence to support the exercise of personal jurisdiction over Defendant. As grounds for this Cross-Motion, Dr. Tuteur relies upon her Opposition To Defendant's Motion To Dismiss And Memorandum Of Law In Support Of Cross-Motion For Limited Jurisdictional Discovery, filed contemporaneously herewith.

WHEREFORE, Plaintiff Dr. Tuteur's Cross-Motion For Limited Jurisdictional Discovery should be granted.

Respectfully submitted,

*/s/ Stephen D. Riden*
Russell Beck (BBO # 561031)
  *rbeck@beckreed.com*
Stephen D. Riden (BBO # 644451)
  *sriden@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Dated: April 5, 2013          Facsimile: (617) 500-8665

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Counsel for Amy Tuteur, M.D., communicated with counsel for Defendant in an effort to resolve or narrow the issues contained in the present motion. Defendant's counsel indicated that Defendant would oppose this motion.

*/s/ Stephen D. Riden*
Stephen D. Riden

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on April 5, 2013.

*/s/ Stephen D. Riden*
Stephen D. Riden