UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 13-cv-10159 MBB |
| ) | |
| v. ) | |
| ) | |
| GINA CROSLEY-CORCORAN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please take notice that Christopher T. Bavitz of the Cyberlaw Clinic, Harvard Law School, Berkman Center for Internet & Society, 23 Everett Street, 2nd Floor, Cambridge, MA 02138 hereby enters his appearance on behalf of *amici curiae* Electronic Frontier Foundation and Digital Media Law Project.

                                      Respectfully submitted,

                                      /s/ Christopher T. Bavitz
                                      Christopher T. Bavitz (BBO# 672200)
                                      cbavitz@cyber.law.harvard.edu
                                      CYBERLAW CLINIC
                                      Harvard Law School
                                      Berkman Center for Internet & Society
                                      23 Everett Street, 2nd Floor
                                      Cambridge, MA 02138
                                      Telephone: (617) 495-7547
                                      Facsimile: (617) 495-7641

                                      *Counsel for Amici Curiae Electronic Frontier*
Dated: May 1, 2013                      *Foundation and Digital Media Law Project*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on May 1, 2013.

/s/ Christopher T. Bavitz
Christopher T. Bavitz (BBO# 672200)