-------- Original Message --------
**Subject:** Re: [#BPT-64545-924] DMCA Notice to Host re: SKEPTICALOB.COM
**Date:** Fri, 18 Jan 2013 14:09:03 -0700
**From:** Legal Department <legal@bluehost.com>
**To:** dramy5@aol.com, gina@crosley-corcoran.com

Hello,

Thank you for contacting the Legal Department.

The copyright claim regarding this domain has a counter claim issued. If a counter claim is submitted, it will be up to the two parties to pursue legal action. Another possible course of action based on our terms of service is a personal information complaint.

Terms of service 10.05:
Private Information and Images. Subscribers may not post or disclose any personal or private information about or images of children or any third party without the consent of said party (or a parent's consent in the case of a minor).


Request for the Removal of Personal Identifying Information

We define personal Identifying Information as providing a persons First and Last name in conjunction with each other, a phone number, email address, physical address, Social Security Number, etc.  If the material you are requesting to be removed is one or more of the listed items, please fill out the following form.

1. Identification of the material that you are claiming needs to be removed, with information about its location, reasonably specific to permit us to locate the material
Description of Infringement: _____
_____
_____
Location of Infringement:
Infringing URL or Web Address: _____

2. Please fill in the following statement:
I _____, have a good faith belief that the disputed use is not authorized by me.

3. Please fill in the following statement:
I _____, swear under penalty of perjury, that the above information in this notification is accurate.

4. The infringement reporter or authorized persons:
Name: _____
Addresses: _____
Telephone Number: _____
Email Address _____

5. The electronic/typed or physical signature of the owner of the copyright or the person authorized to act on the owner's behalf.

6. Please attach a scan of a *Government Issued ID.

Indemnification of Host or Registrar

I _____, agree to defend, indemnify and hold the host or registrar, its affiliates and its sponsors, partners, other co-branders and the respective directors, officers and employees of each harmless from and against any and all claims, losses, damages, liabilities and costs (including, without limitation, reasonable attorneys' fees and court costs).

Legal Department
1958 S 950 E
Provo, Ut. 84606
V: (888) 401-HOST | F: 801-765-1992

Most questions can be answered by articles in our knowledgebase
Knowledgebase: http://helpdesk.bluehost.com/index.php/kb/