UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GINA CROSLEY-CORCORAN, )<br>)<br>Defendant. )<br>) | CIVIL ACTION No. 13-cv-10159-RGS |

**NOTICE OF APPEARANCE OF DANIEL J. CLOHERTY ON BEHALF OF NON-PARTY MOTION PICTURE ASSOCIATION OF AMERICA, INC.**

Kindly enter my appearance as counsel for Non-Party Motion Picture Association of America, Inc., in the above-captioned case.

Respectfully submitted,

/s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
COLLORA LLP
100 High St., 20th Floor
Boston, MA 02110-2321
(617) 371-1000
dcloherty@collorallp.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on May 10, 2013.

/s/ Daniel J. Cloherty
Daniel J. Cloherty