UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GINA CROSLEY-CORCORAN, )<br>)<br>Defendant. )<br>) | CIVIL ACTION No. 13-cv-10159-RGS |

**MOTION OF NON-PARTY MOTION PICTURE
ASSOCIATION OF AMERICA, INC. FOR LEAVE
TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF NEITHER PARTY**

The Motion Picture Association of America, Inc. ("MPAA"), by and through its undersigned counsel, hereby seeks leave to file the accompanying *amicus curiae* brief (attached as Exhibit A). The MPAA does not submit this proposed *amicus curiae* brief in support of either of the litigants in this case. The MPAA submits this proposed brief to provide the Court with relevant background and case law regarding the proper interpretation of Section 512(f) of the Digital Millenium Copyright Act ("DMCA"), 17 U.S.C. § 512(f). Defendant has assented to the relief requested in this motion, and Plaintiff has stated that she takes no position regarding this motion.

The MPAA is a not-for-profit trade association, founded in 1922 to address issues of concern to the motion picture industry. Its members are Paramount Pictures Corporation, Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLC, Walt Disney Studios Motion Pictures and Warner Bros. Entertainment Inc. The MPAA's members are the leading producers and distributors of filmed entertainment in the domestic

theatrical, television and home entertainment markets, and they are among the leading distributors of motion pictures internationally. The MPAA's members also distribute their works in electronic form, including through the internet and mobile downloads and streaming, thus making their works more available to consumers and businesses than ever before.

The MPAA's members depend upon effective copyright protection in order to protect the motion picture and television content that they invest in, create and distribute. As a result, the MPAA's members have a significant interest in the proper interpretation of the DMCA, and in particular here the proper interpretation of § 512(f). As explained in the accompanying proposed brief, several of the arguments that have been advanced in this case regarding § 512(f), if accepted by this Court, would impose significant and unwarranted burdens on the MPAA, its members and other copyright holders who have to send large numbers of takedown notices because of the widespread infringement of their works on the Internet.

This Court may properly accept and consider an *amicus* brief if doing so will aid in the determination of issues pending before this court. *See, e.g., AT&T Mobility LLC v. Princi*, 2011 WL 6012945 (D. Mass., Dec. 2, 2011); *Celentano v. Commissioner*, 2010 WL 559121 (D. Mass. Feb. 2, 2010) at *2; *Sony BMG Music Entertainment v. Tenenbaum*, 672 F. Supp. 2d 217, 224 n.4 (D. Mass. 2009); *London-Sire Records, Inc. v. Doe*, 542 F. Supp. 2d 153, 161 n.6 (D. Mass. 2008). Here, the MPAA's proposed *amicus* brief will assist the Court by providing context, background and argument relevant to the proper interpretation of the DMCA.

WHEREFORE, Amicus Curiae Motion Picture Association of America, Inc. respectfully requests that this Court issue an Order granting it leave to file the *amicus* brief attached hereto as Exhibit A.

    Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@collorallp.com
COLLORA LLP
100 High Street
Boston, MA 02110-2321
Telephone: (617) 371-1000
Facsimile: (617) 371-1037

Kelly M. Klaus
Jonathan H. Blavin
Kelly.Klaus@mto.com
Jonathan.Blavin@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Dated: May 10, 2013      *Counsel for Amicus Curiae Motion Picture Association of America, Inc.*

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Undersigned counsel for non-party Motion Picture Association of America hereby certifies that he has conferred with counsel for the Plaintiff Amy Tuteur and counsel for the Defendant Gina Crosley-Corcoran in an effort to resolve or narrow the issues presented in this Motion. Counsel for the Plaintiff has stated that the Plaintiff takes no position regarding the relief requested in this motion. Counsel for the Defendant has stated that the Defendant assents to the relief requested in this motion.

    /s/ *Daniel J. Cloherty*
    Daniel J. Cloherty

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on May 10, 2013.

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty