UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMY TUTEUR, M.D.,

   Plaintiff,

v.

GINA CROSLEY-CORCORAN,

   Defendant.

C.A. No. 13-cv-10159-RGS

## NOTICE OF APPEARANCE

Please take notice that Matthew Shayefar of Boston Law Group, PC, 825 Beacon Street, Suite 20, Newton Centre, Massachusetts 02459 hereby enters his appearance on behalf of Defendant Gina Crosley-Corcoran.

Respectfully submitted,

/s/ Matthew Shayefar
Matthew Shayefar (BBO # 685927)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: (617) 928-1806
Facsimile: (617) 928-1802
Email: matt@bostonlawgroup.com

Dated: October 1, 2013

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on October 1, 2013.

/s/ Matthew Shayefar