UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MASSACHUSETTS

| | |
|---|---|
| AMY TUTEUR, M.D., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GINA CROSLEY-CORCORAN, )<br>)<br>Defendant. )<br>) | Civil Action No.: 13-cv-10159-RGS |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amy Tuteur, M.D., and Defendant Gina Crosley-Corcoran, hereby dismiss this action with prejudice and each party to bear its own costs, interest and attorneys fees.  All rights of appeal are waived.

Respectfully submitted,

| AMY TUTEUR, M.D. | GINA CROSLEY-CORCORAN |
|---|---|
| By her attorneys, | By her attorney, |
| */s/ Stephen Riden* | */s/ Evan Fray-Witzer* |
| Russell Beck (BBO # 561031)<br>  *rbeck@beckreed.com*<br>Stephen D. Riden (BBO # 644451)<br>  *sriden@beckreed.com*<br>BECK REED RIDEN LLP<br>155 Federal Street, Suite 1302<br>Boston, MA 02110<br>Telephone:  (617) 500-8660<br>Facsimile:  (617) 500-8665 | Evan Fray-Witzer (BBO# 564349)<br>Ciampa Fray-Witzer, LLP<br>20 Park Plaza, Suite 505<br>Boston, MA 02116<br>Tel: (617) 426-0000<br>Fax: (617) 423-4855<br>Evan@CFWLegal.com |

Dated: February 12, 2014

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants on February 12, 2014.

                                  */s/ Stephen Riden*
                                  Stephen D. Riden